IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JASON LEE SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:19-CV-015-D |
| | § | |
| DONOVAN SHANE CAROL, | § | |
| | § | |
| Defendant. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case and the February 25, 2019 findings, conclusions, and recommendation of the magistrate judge, the court concludes that the magistrate judge's findings and conclusions are correct, and they are therefore adopted.

Plaintiff has not filed objections to the magistrate judge's findings, conclusions, and recommendation, but he has filed a March 1, 2019 motion to amend complaint. Although the court would normally grant such a motion, plaintiff's amended complaint does not cure the jurisdictional defects in this case. The court still lacks jurisdiction because plaintiff does not allege a federal-question claim and the parties are not completely diverse citizens.

It is therefore ordered that plaintiff's action is dismissed without prejudice.

**SO ORDERED**.

March 21, 2019.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE